**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **SOOKBOX DEVELOPMENT LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CONTROL4 CORPORATION,**<br><br>    Defendant. | **CIVIL ACTION NO 6:17-cv-151**<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss with Prejudice of all claims asserted between plaintiff, Sookbox Development LLC, and defendant, Control4 Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Sookbox Development LLC, and defendant, Control4 Corporation, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.  The clerk is directed to close the case.

**So Ordered this**
**May 1, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE